UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDINO JOHNSON, | No. 2:15-cv-2628-EFB P |
| Petitioner, | |
| v. | ORDER |
| RONALD DAVIS, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] The court has reviewed the petition as required by Rule 4 of the Rules Governing Section 2254 Proceedings, and finds that the petition is second or successive and must therefore be dismissed.

A petition is second or successive if it makes "claims contesting the same custody imposed by the same judgment of a state court" that the petitioner previously challenged, and on which the federal court issued a decision on the merits. *Burton v. Stewart*, 549 U.S. 147 (2007); *see also Slack v. McDaniel*, 529 U.S. 473, 485-86 (2000). Before filing a second or successive petition in a district court, a petitioner must obtain from the appellate court "an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). Without an order from

---

[1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

1 the appellate court, the district court is without jurisdiction to consider a second or successive
2 petition. *See Burton*, 549 U.S. 147.

3     In the present action, petitioner challenges his July 26, 2000 judgment of conviction
4 entered in the Sacramento County Superior Court in case number 98F09884.[2] ECF No. 1 at 1.[3]
5 The court has examined its records, and finds that petitioner challenged the same judgment of
6 conviction in an earlier action. Specifically, in *Jonson v. Woodford*, No. 2:03-cv-1281-LKK-
7 KJM-P (E.D. Cal.), the court considered petitioner's challenge to the same judgment of
8 conviction. *See Johnson*, ECF No. 13 (magistrate judge's August 29, 2006 findings and
9 recommendations to deny petition on the merits); ECF No. 17 (district judge's January 8, 2007
10 order adopting findings and recommendations and denying petitioner's application for a writ of
11 habeas corpus); *see also Johnson v. Chappell*, NO. 2:14-cv-2513-KJN (Dec. 15, 2014, E.D. Cal.),
12 ECF No. 6 (order dismissing as successive petitioner's December 4, 2014 application for a writ of
13 habeas corpus attacking the 2000 conviction and sentence). Since petitioner challenges the same
14 judgment now that he previously challenged and which was adjudicated on the merits, the petition
15 now pending is second or successive.

16     Petitioner offers no evidence that the appellate court has authorized this court to consider
17 a second or successive petition. Since petitioner has not demonstrated that the appellate court has
18 authorized this court to consider a second or successive petition, this action must be dismissed for
19 lack of jurisdiction. *See Burton*, 549 U.S. 147; *Cooper v. Calderon*, 274 F.3d 1270, 1274 (9th
20 Cir. 2001) (per curiam).

21 /////
22 /////
23 /////

---

[2] Petitioner was convicted on July 26, 2000, for violation of California Health & Safety Code § 11350(a) and sentenced to 25-years to life under the "three-strikes" law. ECF No. 1 at 1. The instant challenge appears related to the Superior Court's December 15, 2014 denial of his petition for re-designation of sentence in accordance with Proposition 47. *See id.* at 3, 40.

[3] For ease of reference, all references to page numbers in the petition are to those assigned via the court's electronic filing system.

2

1   Accordingly, it is hereby ORDERED that this action is dismissed for lack of jurisdiction
2   and the court declines to issue a certificate of appealabilty.
3   DATED: May 16, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE